| AO-10 (w)<br>Rev. 8/96 | FINANCIAL DISCLOSURE REPORT<br>Nomination Report | Report Required by the Ethics<br>Reform Act of 1989. Pub L No.<br>101-194, November 30, 1989<br>(5 U.S.C. App. 4, Sec. 101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Gold, Alan S. | 2. Court or Organization<br><br>Southern District of Florida | 3. Date of Report<br><br>02/14/1997 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5. Report Type (check type)<br><br>X Nomination, Date 02/12/1997<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>/ / to<br><br>/ / |
| 7. Chambers or Office Address<br><br>721 Saldano Avenue<br><br>Coral Gables, Florida 33143 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of instructions)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Circuit Court Judge | Eleventh Judicial Circuit, Dade County, Fl. |
| 2 | Shareholder | GKA Investments, Inc., a Florida Corp. |
| 3 | Advisory Board Member | Actors Playhouse |

## II. AGREEMENTS (Reporting individual only; see pp. 14-17 of instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | 1996 | Greenberg, Traurig 401(K) Plan with Former Law Firm (no control |
| 2 | 1996 | State of Florida Pension Plan (no control) |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 18-25 of instructions.)

| | DATE | PARTIES AND TERMS | GROSS INCOME<br>(yours, not spouse s) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 1996 | State of Florida (salary) | $ 103,358.52 |
| 2 | 1/31/97 | State of Florida (salary) | $ 8,979.83 |
| 3 | 1996 | University of Miami (salary) (S) | $ 54,563.27 |
| 4 | 1/31/97 | University of Miami (salary) (S) | $ 3,654.00 |
| 5 | | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gold, Alan S. | Date of Report<br>02/14/1997 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)*

☒ NONE (No such reportable reimbursements or gifts)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)*

☒ NONE (No such reportable gifts)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | none | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)*

☐ NONE (No reportable liabilities)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | Emerson College | Tuition Plan | J |
| 2 | Lexus Financial Services | Car lease | J |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VAL CODES J = $15,000 or less   K = $15,001-$50,000   L = $50,001 to $100,000   M = $100,001-$250,000   N = $250,001-$500,000
0 = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gold, Alan S. | Date of Report<br>02/14/1997 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS

*– Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| | A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| | NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1 | Savings Account-NationsBank | A | Interest | J | T | Exempt | | | | None |
| 2 | Checking Account-Capital Bank | A | Interest | J | T | Exempt | | | | |
| 3 | State of Isreal Bonds | A | Interest | J | T | Exempt | | | | |
| 4 | Life Insurance-Equitable | A | None | P4 | T | Exempt | | | | |
| 5 | Florida Deferred Compensation Plan | C | None | K | T | Exempt | | | | |
| 6 | Retirement Plan (s) | A | None | K | T | Exempt | | | | |
| 7 | IRRA -Treasury Strips | | None | N | T | Exempt | | | | |
| 8 | IRRA-BANK NOTE | | None | K | T | Exempt | | | | |
| 9 | IRA-cash | | None | J | T | Exempt | | | | |
| 10 | IRA-Spouse-Cash | | None | J | T | Exempt | | | | |
| 11 | IRA-Spouse-Treasury Strips | | None | K | T | Exempt | | | | |
| 12 | IRA-Spouse-Common Stock | | None | J | T | Exempt | | | | |
| 13 | Merrill, Lynch (S) Cash | | None | J | T | Exempt | | | | |
| 14 | Merrill, Lynch (S) Erie Cnty Bond | | None | K | T | Exempt | | | | |
| 15 | Merrill, Lynch (S) Leon Cnty Bond | | None | K | T | Exempt | | | | |
| 16 | Merrill, Lynch (S) N.Hampton Bond | | None | K | T | Exempt | | | | |
| 17 | Merrill, Lynch (S) Lee Cnty Bond | | None | K | T | Exempt | | | | |

| 1 Inc/Gain Codes | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col C2) | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gold, Alan S. | Date of Report<br>02/14/1997 |
|---|---|---|

## VII. Page   2 INVESTMENTS and TRUSTS

*— income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 18   Merrill, Lynch (S) Socorro Bond | | None | K | T | Exempt | | | | |
| 19   Merrill, Lynch (S) Miami Fl Sports Bond | | None | J | T | Exempt | | | | |
| 20   Merrill, Lynch (S) ML Global Fund | | None | J | T | Exempt | | | | |
| 21   Merrill, Lynch (S) Seligman Comm. | | None | L | T | | | | | |
| 22   Merrill, Lynch (D) cash | | None | J | T | Exempt | | | | |
| 23   Merrill, Lynch (D) Treasury Strips | | None | J | T | Exempt | | | | |
| 24   Merrill, Lynch (J) Cash | | None | J | T | Exempt | | | | |
| 25 | | | | | | | | | |
| 26   Merrill, Lynch (J) Miami Fl Sp Bond | A | Dividend | J | T | Exempt | | | | |
| 27 | | | | | | | | | |
| 28   Aim Const. Mutual Fund (J) | B | Dividend | K | T | Exempt | | | | |
| 29   MFS Emerg Growth (J) Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 30   Seligman Comm. Fund (J) | B | Dividend | K | T | Exempt | | | | |
| 31   FHLMC Corp. Bond (J) | A | Interest | K | T | Exempt | | | | |
| 32 | | | | | | | | | |
| 33   Miami Fl Sports Municipal Bond (J) | | None | J | T | Exempt | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$30,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col C2) | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gold, Alan S. | | Date of Report<br>02/14/1997 |
|---|---|---|---|

## VII. Page 3 INVESTMENTS and TRUSTS
*— Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | | |
| 35   Real Estate Limited Partnership-Miami #1 | C | Distribution | K | W | Exempt | | | | | |
| 36   Real Estate Limited Partnership-Miami #2 | C | Distribution | K | W | Exempt | | | | .. | |
| 37   GKA Investments Corp. | | None | J | W | Exempt | | | | | |

| 1 Inc/Gain Codes<br>(Col B1 D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes<br>(Col C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes<br>(Col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gold, Alan S. | Date of Report<br>02/14/1997 |
|---|---|---|

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____ Date _2/14/97_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4. Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

---

Digitized by Google